**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Offender Name:** | DAVID WILLIAM BRADLEY |
| **Docket Number:** | 2:01CR00265-01 WBS |
| **Offender Address:** | 4053 N. Santa Fe<br>Fresno, California 93727 |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/20/2002 |
| **Original Offense:** | 18 USC 922(g)(1), Felon In Possession of a Firearm or Ammunition (CLASS C FELONY) |
| **Original Sentence:** | 33 months BOP; 36 months TSR; $100 SA |
| **Special Conditions:** | 1) Search; 2) Financial Access; 3) Drug Counseling; 4) Drug Testing; 5) Co-Payment; 6) Not Associate with Violent Hate Groups |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/10/2003 |
| **Assistant U.S. Attorney:** | William Wong    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Tim Zendel, AFD    **Telephone:** (916) 498-5700 |

**Other Court Action:**

**11/26/2003**   :   Form 12B - Petition to Modify Conditions or Term of Supervision With Consent of Offender filed with Court advising that releasee voluntarily requested that his conditions of supervision be modified to include mental health counseling. Your Honor approved this modification.

**07/22/2004**   :   Form 12C - Petition for Warrant filed with Court alleging a New Law Violation (releasee arrested for PC 273.5, Corporal Injury to Spouse/Co-habitant, and PC 273D, Inflict Injury Upon Child). Your Honor ordered an no-bail warrant.

RE: **DAVID WILLIAM BRADLEY**
**Docket Number: 2:01CR00265-01 WBS**

| | | |
|---|---|---|
| **11/24/2004** | : | Releasee made initial appearance before Your Honor regarding violation. Releasee ordered released to Turning Point Comprehensive Sanctions Center, Fresno, California, pending disposition of violation. |
| **12/14/2004** | : | Form 12B - Petition to Modify Conditions or Term of Supervision With Consent of Offender filed with Court advising the releasee consented to "up to 8 months" placement at Turning Point. Your Honor approved this modification. |
| **02/09/2005** | : | Upon admitting violation, Your Honor continues releasee on supervision as previously imposed and modified. |
| **10/07/2005** | : | Form 12A.1, Report of Offender Non-Compliance filed with Court advising of a May 31, 2005, altercation with neighbors, which resulted in new criminal complaint charging him with PC 242, Battery; PC 415.(1), Fight/Challenge Fight in Public Place; and, PC 602 (n)(2), Trespass: Refuse to Leave Property at Request. Court agreed to take no action at this time (USPO to advise Court of state court disposition). |
| **Type of Supervision:** | | Supervised Release |
| **Supervision Commenced:** | | 10/10/2003 |

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.  **ILLICIT DRUG USE [September 27, October 24, November 8, 29, 2005: positive to THC Metabolite (Marijuana)]**

**Details of alleged non-compliance:** On the aforementioned dates, the releasee submitted urine specimens which returned positive to THC metabolite (marijuana), in violation of the standard condition of supervision requiring him to abstain from the unlawful use of a controlled substance.

RE:   **DAVID WILLIAM BRADLEY**
      **Docket Number:  2:01CR00265-01 WBS**


**United States Probation Officer Plan/Justification:**  Although this represents the third violation notice to the Court, it is the releasee's first episode of drug use.  It would appear the releasee is using marijuana as a coping mechanism to deal with the personal problems he has been facing for the past several months.  In an attempt to address this matter, the releasee has volunteered to reside and participate at the Fresno Halfway House, a <u>self-pay</u> restrictive residential program that provides substance abuse counseling, for a period of at least 60 days but not more than 90 days; said placement will commence December 16, 2005.  For the initial 30 days, the releasee would be required to submit to a daily 10:00pm curfew, participate in twice weekly NA meetings, and continue in mental health counseling and drug testing.  He would be allowed to continue in full-time employment during the daytime hours.  Upon successful completion of the initial 30 days, the releasee would be eligible for approved weekend social passes where he will be able to work on reestablishing his relationship with his wife.

**New Law Violation Update:**  On December 13, 2005, the releasee appeared before the Fresno County Superior Court [Case No. M05914893-3] where he was arraigned on the above-listed charges.  Trial Confirmation has been set for January 30, 2006.

                              Respectfully submitted,
                              /s/ Hubert J. Alvarez


                              **HUBERT J. ALVAREZ**
                        **Senior United States Probation Officer**
                              Telephone:  (559) 498-7504


**DATED:**   December 15, 2005
                  Fresno, California
                  HJA


**REVIEWED BY:**   /s/ Bruce Vasquez
                          **BRUCE A. VASQUEZ**
                          **Supervising United States Probation Officer**

RE:    **DAVID WILLIAM BRADLEY**
       **Docket Number:  2:01CR00265-01 WBS**

---

**THE COURT ORDERS:**

☐ x    **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

**Date:  December 15, 2005**

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
      William Wong, Assistant United States Attorney
      Tim Zendell, Assistant Federal Defender

Attachment:  PSR (Sacramento only)