PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | DAVID WILLIAM BRADLEY |
| **Docket Number:** | 2:01CR00265-01 WBS |
| **Offender Address:** | 4053 N. Santa Fe<br>Fresno, California 93727 |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/20/2002 |
| **Original Offense:** | 18 USC 922(g)(1), Felon In Possession of a Firearm or Ammunition (CLASS C FELONY) |
| **Original Sentence:** | 33 months BOP; 36 months TSR; $100 SA |
| **Special Conditions:** | 1) Search; 2) Financial Access; 3) Drug Counseling; 4) Drug Testing; 5) Co-Payment; 6) Not Associate with Violent Hate Groups |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/10/2003 |
| **Assistant U.S. Attorney:** | William Wong     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Tim Zindel, AFD     **Telephone:** (916) 498-5700 |

**Other Court Action:**

| | |
|---|---|
| <u>11/26/2003</u> : | Form 12B - Petition to Modify Conditions or Term of Supervision With Consent of Offender filed with Court advising that releasee voluntarily requested that his conditions of supervision be modified to include mental health counseling. The Court approved this modification. |
| <u>07/22/2004</u> : | Form 12C - Petition for Warrant filed with Court alleging a New Law Violation (releasee arrested for PC 273.5, Corporal Injury to Spouse/Co-habitant, and PC 273D, Inflict Injury Upon Child). Court ordered no-bail warrant be issued. |

RE:  DAVID WILLIAM BRADLEY
Docket Number:  2:01CR00265-01 WBS

| | | |
|---|---|---|
| **11/24/2004** | : | Releasee made initial appearance before Your Honor regarding violation. Releasee ordered released to Turning Point Comprehensive Sanctions Center, Fresno, California, pending disposition of violation. |
| **12/14/2004** | : | Form 12B - Petition to Modify Conditions or Term of Supervision With Consent of Offender filed with Court advising the releasee consented to "up to 8 months" placement at Turning Point. Court approved modification. |
| **02/09/2005** | : | Upon admitting violation, Court continues releasee on supervision as previously imposed and modified. |
| **10/07/2005** | : | Form 12A.1, Report of Offender Non-Compliance filed with Court advising of May 31, 2005, altercation with neighbors, which resulted in new criminal complaint charging him with PC 242, Battery; PC 415.(1), Fight/Challenge Fight in Public Place; and, PC 602 (n)(2), Trespass: Refuse to Leave Property at Request. Court agreed to take no action at this time (USPO to advise of state court disposition). |
| **12/15/2005** | : | Form 12A.1, Report of Offender Non-Compliance filed with Court advising of 'Illicit Drug Use' (marijuana). Court approved <u>self-pay</u> 60- to 90-day placement at Decision Home, a 'sober living' residential program in Fresno, and did not take any further action. |
| **Type of Supervision:** | | Supervised Release |
| **Supervision Commenced:** | | 10/10/2003 |

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.  **NEW LAW VIOLATION:  (UPDATE)**

Rev. 08/2000
PROB12A1.MRG

RE:  DAVID WILLIAM BRADLEY
Docket Number: 2:01CR00265-01 WBS

On October 7, 2005, this officer submitted a Probation Form 12A.1, Report of Offender Non-Compliance, which advised of a May 31, 2005, altercation between the releasee and his neighbors. This led to a new criminal complaint charging him with PC 242, Battery; PC 415.(1), Fight/Challenge Fight in Public Place; and, PC 602 (n)(2), Trespass: Refuse to Leave Property at Request.

**Update:** On January 30, 2006, the releasee pled No Contest to PC 415(l), Fight/Challenge Fight in Public Place. He was ordered to pay a $1,000 fine. (Fresno County Superior Court # M05914893-3).

**Summary of supervision:** The releasee successfully completed his placement at Decision Home and reunified with his wife. Although his health has deteriorated somewhat, he has remained employed, secured a new residence, submits his monthly reports, and continues submitting random urine tests. He also makes himself available for home, office and community contacts.

**United States Probation Officer Plan/Justification:** In light of the aforementioned, it is recommended that the Court accept the state court's disposition as an appropriate resolution in that case and take no further action at this time.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**
Telephone: (559) 498-7504

DATED:   March 17, 2006
         Fresno, California
         HJA/mb

REVIEWED BY:    /s/ Bruce A. Vasquez
                **BRUCE A. VASQUEZ**
                **Supervising United States Probation Officer**

Rev. 08/2000
PROB12A1.MRG

RE: DAVID WILLIAM BRADLEY
Docket Number: 2:01CR00265-01 WBS

---

THE COURT ORDERS:

☒ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.
☐ Submit a Request for Modifying the Conditions or Term of Supervision.
☐ Submit a Request for Warrant or Summons.
☐ Other:

3/17/2006
Date

*[signature]*
Name of Judicial Officer

cc: United States Probation
William Wong, Assistant United States Attorney
Tim Zendell, Assistant Federal Defender

Attachment: PSR (Sacramento only)