FILED
November 13, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr -S-01-0265 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DAVID WILLIAM BRADLEY, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David William Bradley</u>, Case No. <u>Cr S-01-0265 WBS</u>, Charge <u>Title 18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

    ___    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    **X**    (Other)  <u>Still on Supervised Release with additional conditions as noted on the record. Release to occur Wednesday November 15, 2006 @ 8:00 a.m. or as soon as possible thereafter.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 13, 2006</u> at <u>2:50</u> <u>pm</u>.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal